# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                              NO. 2019 KW 0631

VERSUS

RONDELL DELANEY                                              **AUG 0 5 2019**

---

In Re:    Rondell Delaney, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No.
          502481-1.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED AS MOOT.**  The record of the Clerk of Court of
St. Tammany Parish reflects the district court denied relator's
application for postconviction relief on July 19, 2019.

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT